# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIMIE POTTS, KIM MILESZKO, CHRISTINA LUKA, and REBECA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JOHNSON & JOHNSON CONSUMER INC., a New Jersey corporation and DOES 1-50, inclusive,<br><br>　　　　Defendant. | Honorable Freda L. Wolfson, U.S.D.J.<br><br>Civil Action No.: 3:20-cv-10406-FLW-LHG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jaimie Potts, Kim Mileszko, Christina Luka, and Rebeca Gonzalez and Defendant Johnson & Johnson Consumer Inc., by and through their undersigned counsel, hereby stipulate that this action is dismissed with prejudice. All parties shall bear their own attorneys' fees, costs, and expenses and waive all rights of appeal.

Dated: December 22, 2021

| | |
|---|---|
| **CARLTON FIELDS, P.A.** | **BROWN, LLC** |
| By: */s/ Kenneth J. Cesta*<br>　　Kenneth J. Cesta<br><br>　　180 Park Avenue, Suite 106<br>　　Florham Park, New Jersey 07932-1054<br>　　Telephone: (973) 828-2600<br>　　kcesta@carltonfields.com<br>　　*Attorneys for Defendant*<br>　　*Johnson & Johnson Consumer Inc.* | By: */s/Nicholas Raymond Conlon*<br>　　Nicholas Raymond Conlon<br><br>　　111 Town Square Pl., Suite 400<br>　　Jersey City, New Jersey 07310<br>　　Telephone: (877) 561-0000<br>　　nicholasconlon@jtblawgroup.com<br>　　*Attorneys for Plaintiffs Jaimie Potts*<br>　　*Kim Mileszko, Christina Luka, and*<br>　　*Rebeca Gonzalez* |

**FINKELSTEIN & KRINSK, LLP**
John J. Nelson (admitted *pro hac vice*)
501 West Broadway
Suite 120
San Diego, CA 92101
Telephone:  (619) 238-1333
jjn@classactionlaw.com
*Attorneys for Plaintiffs Jaimie Potts*
*Kim Mileszko, Christina Luka, and*
*Rebeca Gonzalez*


**CARLTON FIELDS, LLP**
Mark A. Neubauer, Esq. (admitted *pro hac vice*)
Steven B. Weisburd, Esq. (admitted *pro hac vice*)
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Tel: (310) 843-6300
mneubauer@carltonfields.com
sweisburd@carltonfields.com
*Attorneys for Defendant Johnson & Johnson Consumer Inc.*